# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

| | |
|---|---|
| KIMBERLY HUBBARD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09-CV-2266 CM/JPO |
| | ) |
| LOGI WAREHOUSING AND | ) |
| TRANSPORTATION, LLC | ) |
| and | ) |
| BOBBY D. TUCKER | ) |
| and | ) |
| REDLAND INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## AGREED HIPAA-QUALIFIED PROTECTIVE ORDER

Pursuant to Rule 26(c), Fed. R. Civ. P., and 45 C.F.R. § 164.512(e)(1), the Court finds good cause for the issuance of a qualified protective order.

The Court finds that the parties to the lawsuit have agreed to a qualified protective order and have presented it to the Court which has jurisdiction over the lawsuit.

WHEREUPON, the Court makes the following orders:

1. Health care providers are authorized to produce the protected health information of James McLaughlin, deceased, in response to subpoenas and other lawful process identified in 45 C.F.R. § 164.512(e)(1)(ii). Said production of records and/or informal interviews may be requested by any attorney of record herein as set forth below, and all clerical fees and expenses shall be paid by the attorney requesting such examination, reproduction or interview.

2. The parties are prohibited from using or disclosing the protected health information for any purpose other than this litigation. 45 C.F.R. 164.512(e)(1).

3. This order requires the return to the covered entity or destruction of the protected health information (including all copies made) at the end of the litigation.

IT IS SO ORDERED.

Dated this 24 day of March, 2010, at Kansas City, Kansas.

                                           s/James P. O'Hara
                                           James P. O'Hara
                                           U.S. Magistrate Judge